**Anna M. ROBINSON, Trustee, et al., Appellants,**

v.

**John P. RACCAGNO, Respondent.**

**No. WD 41455.**

Missouri Court of Appeals,
Western District.

Feb. 13, 1990.

Theodore C. Beckett and Lawrence J. Zimmerman, Kansas City, for appellants.

J. Bret Armatas, Kansas City, for respondent.

Before SHANGLER, P.J., and TURNAGE and KENNEDY, JJ.

ORDER

PER CURIAM.

The plaintiffs-trustees appeal from a judgment entered in favor of the defendant lessee in their action to collect tax payments due under a lease provision and for possession of the premises tried to the court.

The judgment is affirmed. Rule 84.16(b).

■

**William F. COOPER, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 41417.**

Missouri Court of Appeals,
Western District.

Feb. 13, 1990.

William F. Cooper, Mineral Point, pro se.

Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before GAITAN, P.J., and CLARK and MANFORD, JJ.

ORDER

PER CURIAM.

Appeal from Rule 27.26 motion for post-conviction relief. Judgment affirmed. Rule 84.16(b).